# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Microbiologics, Inc. | 12/9/2022 | Wire | $ 2,755.08 |
| Akorn Operating Company, LLC | Microbiologics, Inc. | 2/14/2023 | Wire | $ 18,570.94 |
| | | | | $ 21,326.02 |